ISAAC MEYERS, Respondent, *v.* THE ANWAL REALTY CORPORATION, Appellant.

*Contract — brokers — commissions — action to recover broker's commissions on sale of real property — defense that plaintiff was not a broker and had not been employed as such.*

*Meyers* v. *Anwal Realty Corp.*, 222 App. Div. 65, affirmed.

(Argued June 18, 1928; decided July 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 13, 1927, affirming a judgment in favor of plaintiff entered upon a verdict.  The action was to recover broker's commissions upon a sale of real property belonging to defendant.  The defense was that plaintiff was not a real estate broker and that there was no employment of him by defendant as such.

*H. M. Schaap* for appellant.

*Samuel Meyers* and *Morse S. Hirsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.  Not sitting: CRANE, J.